No. 882. HADNOTT ET AL. *v.* AMOS, SECRETARY OF STATE OF ALABAMA, ET AL. Appeal from D. C. M. D. Ala. Motion to dispense with printing jurisdictional statement and other relief granted. Motion of appellee Hildreth to dispense with printing motion to affirm granted. Judgment affirmed. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument. [For earlier order herein, see 400 U. S. 876.]

No. 1215. NEW ORLEANS BOOK MART, INC., ET AL. *v.* MITCHELL, ATTORNEY GENERAL, ET AL. Affirmed on appeal from D. C. M. D. Fla. MR. JUSTICE DOUGLAS is of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 6559. JOHNSON ET AL. *v.* MARSTON ET AL. Affirmed on appeal from D. C. Ariz.

No. 877. BERNIER *v.* MAINE ET AL. Appeal from Sup. Jud. Ct. Me. Motion to dispense with printing jurisdictional statement granted. Appeal dismissed as moot.

No. 1168. KLATEX, INC. *v.* MOUTON, COLLECTOR OF REVENUE. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. MR. JUSTICE HARLAN and MR. JUSTICE STEWART are of the opinion that probable jurisdiction should be noted and case set for oral argument.

No. 1218. HAYES *v.* LIEUTENANT GOVERNOR OF HAWAII. Appeal from Sup. Ct. Hawaii dismissed as moot.